UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| STEPHANIE BROWN, individually and on behalf of all others similarly situated<br><br>v.<br><br>PREMIER HEALTH SOLUTIONS, LLC | §<br>§<br>§<br>§<br>§   CIVIL NO. 4:24-CV-383-SDJ<br>§<br>§<br>§ |

## ORDER

Pursuant to the Order Governing Proceedings ("OGP"), (Dkt. #14), the parties were required to submit a Rule 26(f) Joint Report on or before January 13, 2025. But the parties failed to do so.

It is therefore **ORDERED** that the parties shall file a Rule 26(f) Joint Report that complies with the OGP and the Federal Rules of Civil Procedure by no later than **February 7, 2025**. **Failure to comply with this order may result in dismissal under Federal Rule of Civil Procedure 41.**

It is further **ORDERED** that the Rule 16 management conference originally set for February 5, 2025, is now set for **February 19, 2025, at 1:00 p.m.**

So ORDERED and SIGNED this 31st day of January, 2025.

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE