# IN IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| STEPHANIE BROWN, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>-vs-<br><br>PREMIER HEALTH SOLUTIONS, LLC,<br><br>       Defendant. | Civil Action No. 4:24-cv-00383-SDJ |

## STIPULATION TO VOLUNTARILY DISMISS WITH PREJUDICE

The parties hereby stipulate to dismiss these proceedings with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear their own costs and attorney fees.

Dated: January 31, 2025                    Respectfully submitted,

                                          By: */s/ Andrew Roman Perrong*
                                          Andrew Roman Perrong, Esq.
                                          Perrong Law LLC
                                          2657 Mount Carmel Avenue
                                          Glenside, Pennsylvania 19038
                                          Phone: 215-225-5529 (CALL-LAW)
                                          Facsimile: 888-329-0305
                                          a@perronglaw.com
                                          *Counsel for Plaintiff*

            */s/ Deanne C. Ayers*
            Deanne C. Ayers (State Bar No. 01465820)
            dayers@ayersfirm.com
            Julie B. Tebbets (State Bar No. 00793419)
            jtebbets@ayersfirm.com
            AYERS & AYERS
            4205 Gateway Drive, Suite 100
            Colleyville, Texas 76034
            (817) 267-9009 Telephone
            (817) 318-0663 Facsimile

            *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

   I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 31st day of January, 2025.

            By: */s/ Andrew Roman Perrong*